PROB 12B
(7/93)

Report Date: April 24, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 25 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Patrick Allen Hansen              Case Number: 2:95CR00190-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 07/12/1996               Type of Supervision: Supervised Release

Original Offense: Possession with Intent to Distribute    Date Supervision Commenced: 11/02/2006
Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 120 Months;             Date Supervision Expires: 08/01/2011
TSR - 60 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22   You shall reside in a residential reentry center for a period of up to 90 days. You shall not be entitled to
     the benefits of the prerelease component. You shall abide by the rules and requirements of the facility.
     You shall remain at the facility until discharged by the Court.

### CAUSE

On September 11, 2006, Mr. Hansen was before the Court for a revocation proceeding. His term of supervised release was revoked and he was sentenced to 3 months imprisonment, followed by 57 months of supervised release. As a condition of his supervised release, the defendant was required to reside in a residential reentry center (RRC) for a period of 180 days.

Shortly after being placed at Bannum RRC, their staff reported to the U.S. Probation Office that Mr. Hansen had severe short term memory deficit, and was also suffering from a seizure disorder. It should be noted that the presentence report indicates the defendant received a traumatic brain injury as a young man. While at Bannum, he was treated medically for his seizures and screened for other neurological issues, including his memory deficit.

During this process he applied for Social Security Disability, as well as benefits through the State of Washington. His initial application for Social Security Disability was denied. The Department of Social and Health Services (DSHS) referred him for medical examinations, and ultimately found that he was unemployable. He was granted benefits through the state to include medicaid, and is appealing the denial of benefits through Social Security Disability.

Prob 12B
Re: Hansen, Patrick Allen
April 24, 2007
Page 2

On March 27, 2007, Bannum advised the U.S. Probation Office they would no longer house Mr. Hansen due to his continued seizures. They indicated they did not have medical staff available to provide him with the level of care necessary. The Bureau of Prisons allowed for him to be moved to Geiger Corrections Center where medical staff is on site continually.

The undersigned officer has been working with DSHS in an attempt to secure an assisted home living environment for his release to the community. Mr. Hansen met with a case worker from Home and Community Services on April 18, 2007, to be screened for placement. It was determined that he meets the requirement for placement, and the expense will be paid through his medicaid. However, it was indicated it could take an additional 30 to 60 days to secure a residence for him through Home and Community Services. Mr. Hansen currently has no other release options, and is scheduled to be released from the RRC on April 30, 2007.

It is respectfully requested that the Court grant an extension of up to 90 days at the RRC, pending his placement through Home and Community Services. The undersigned officer will advise the Court as soon as an opening is available in their program. At which time request will be made for immediate discharge from the RRC.

Respectfully submitted,

by *[signature]*

Matthew L Thompson
U.S. Probation Officer
Date: April 24, 2007

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*

Signature of Judicial Officer

April 24, 2007

Date