# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

May 30, 2007

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 575-5842 / fax (509) 454-5782

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Spokane

RECEIVED
JUN 0 1 2007
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

The Honorable Robert H. Whaley
Chief U.S. District Judge
P.O. Box 283
Spokane, WA 99210

   RE: **Hansen, Patrick Allen**
   Dkt. No.: 2:95CR00190-001
   **Status Report**

Dear Judge Whaley:

On April 24, 2007, a request to modify conditions of supervision was submitted to Your Honor. The request was made to grant an extension of up to 90 days at a residential reentry center, pending Mr. Hansen's placement in the community through Home and Community Services. The Court granted the modification with the understanding that it could take 30-60 days for the Department of Social and Health Services (DSHS) to make an appropriate placement.

A release residence has been obtained for Mr. Hansen at the Valley View Adult Residential Community. He has been authorized by DSHS to move into his new residence on June 4, 2007. It is respectfully requested the Court authorize Mr. Hansen's release from the residential reentry center on June 4, 2007.

I appreciate your assistance in this matter. If you have any questions or need further information, please contact the undersigned officer at (509) 742-6320.

Respectfully submitted,

Matthew L. Thompson
U.S. Probation Officer

**May 30, 2007**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

June 1, 2007
Date